IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BURL NEIL CORBETT, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-4527 |
| | : | |
| MICHAEL CLARK *et al.*, | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 30th day of October, 2023, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of U.S. Magistrate Judge Scott W. Reid and Petitioner's objections thereto, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for writ of habeas corpus is **DISMISSED** without an evidentiary hearing;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk shall **CLOSE** this case.

BY THE COURT:


*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**